UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
SHANA WILLIAMS, individually and on
 behalf of all others similarly situated,

                  Plaintiff,

                  JUDGMENT
                  18-cv-4921 (ARR) (RML)

    v.

WAYPOINT RESOURCE GROUP, LLC,

                  Defendant.
------------------------------------------------------------ X

      An Opinion and Order of Honorable Allyne R. Ross, United States District Judge, having been filed on March 26, 2019, dismissing Williams' complaint against Waypoint with prejudice; it is

      ORDERED and ADJUDGED that Williams' complaint against Waypoint is dismissed with prejudice.

Dated: Brooklyn, NY                                    Douglas C. Palmer
      March 26, 2019                                  Clerk of Court

                                                                      By: /s/*Jalitza Poveda*
                                                                          Deputy Clerk